IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

    Plaintiff,               No. CIV S-06-2035 FCD KJM P

    vs.

D.K. SISTO,

    Defendant.          <u>ORDER</u>

        /

        Plaintiff has requested an extension of time to file a complaint and an application to proceed in forma pauperis pursuant to the court's order of October 3, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 3, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint and a request to proceed in forma pauperis.

DATED: November 14, 2006.

                                              U.S. MAGISTRATE JUDGE

1/mp
john2035.31+36

1