IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

        Plaintiff,                      No. CIV S-06-2035 FCD KJM P

    vs.

D.K. SISTO, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 8, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 5, 2007 motion for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before July 8, 2007.

DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
john2035.36