IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

       Plaintiff,                   No. CIV S-06-2035 FCD KJM P

   vs.

D.K. SISTO, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff has filed his second request for an extension of time to file and serve his amended complaint pursuant to the court's order of May 8, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 9, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted twenty days from the date of this order in which to file and serve his amended complaint.

DATED: July 16, 2007.

                                               _____
                                               U.S. MAGISTRATE JUDGE

/ke
john2035.36sec