IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

      Plaintiff,                      No. CIV S-06-2035 FCD KJM P

  vs.

D. K. SISTO, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 11, 2007, the court ordered the United States Marshal to serve defendants Kendall and Rowlett. Process directed to those defendants was returned unserved as the Marshal was unable to locate either defendant with information provided by plaintiff. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may then seek judicial intervention.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the second amended complaint filed July 24, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant; and

    b. Three copies of the endorsed second amended complaint filed July 24, 2007,

or show good cause why he cannot provide such information.

3. Plaintiff's February 1 and February 26, 2008 motions "for the district court to allow discovery of documents . . ." (docket nos. 35 & 36) are denied.

DATED: March 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1
john2035.8e

2

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

      Plaintiff,                                No. CIV-S-06-2035 FCD KJM P

      vs.

D. K. SISTO, et al.,                                <u>NOTICE OF SUBMISSION</u>

      Defendants.                             <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed USM-285 forms

      _____ copies of the _____
                          Second Amended Complaint

DATED:

                                              _____
                                              Plaintiff