IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

      Plaintiff,                       No. CIV S-06-2035 FCD KJM P

   vs.

D. K. SISTO, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On January 18, 2008, process directed to defendants Kendall and Rowlett was returned unserved. Based upon information provided by plaintiff, the U.S. Marshal attempted service upon both defendants at California State Prison Solano. The Marshal then learned that neither defendant is currently employed by the California Department of Corrections and Rehabilitation.

        On March 20, 2008, the court informed plaintiff that he must provide more information so the Marshal can effect service. On April 17, 2008, plaintiff asked that the court intervene to help him find the addresses of defendants Kendall and Rowlett. However, plaintiff fails to suggest what it is the court should do. Accordingly, plaintiff's request for judicial intervention will be denied.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 17, 2008 request for judicial intervention (docket no. 38) is denied.

2. Plaintiff is granted until June 15, 2008 to provide the documents required for service of process on defendants Kendall and Rowlett identified in this court's March 20, 2008 order.

3. Plaintiff's failure to provide either the documents required in the court's March 20, 2008 order or a representation that the documents cannot be completed without judicial intervention for which there is a basis in law will result in a recommendation that this action be dismissed without prejudice.

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

1
john2035.rji

2