IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

     Plaintiff,                      No. CIV S-06-2035 FCD KJM P

    vs.

D. K. SISTO, et al.,

     Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

        Plaintiff is a California prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On two occasions, the court ordered plaintiff to provide the court with information so that process could be served upon defendant Kendall. The U.S. Marshall has attempted to serve defendant Kendall based upon the information provided by plaintiff, but has not been successful. Because it does not appear Kendall can be served with process, the court will recommend that he be dismissed from this action.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant Kendall be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 17, 2008.

_____
U.S. MAGISTRATE JUDGE

1
john2035.frs