IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

        Plaintiff,                    No. CIV S-06-2035 FCD KJM P

   vs.

D.K. SISTO, et al.,

        Defendants.          <u>ORDER</u>

                                /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 3, 2008, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous requests were filed on December 4, 2006; July 24, 2007 and December 12, 2007. All motions were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (docket no. 44) is denied without prejudice.

DATED: July 11, 2008.

                                                         U.S. MAGISTRATE JUDGE

/mp
john2035.31thr