IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHNSON,

        Plaintiff,            No. 2:06-cv-2035 FCD KJN P

   vs.

D.K. SISTO, et al.,

        Defendants.      <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On August 13, 2009, findings and recommendation were issued granting summary judgment for defendants and recommending this case be closed.

       On October 21, 2009, plaintiff filed a 424 page petition for writ of habeas corpus requesting that other incarcerated witnesses be brought to court to testify at trial. As findings and recommendations were issued closing plaintiff's case, plaintiff's request is disregarded.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's petition for writ of habeas corpus, (Dkt. No. 83) is disregarded.

2. Plaintiff's motion for a status report (Dkt. No. 86) is vacated.

DATED: March 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2035.ord